**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 03-7595**

————————

MELVIN LEE JONES,

Plaintiff - Appellant,

versus

J. MINTON, Correctional Officer,

Defendant - Appellee,

and

S. K. YOUNG; CORRECTIONAL OFFICER RICH,

Defendants.

————————

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, District Judge.  (CA-01-70830-2)

————————

Submitted:  December 11, 2003      Decided:  December 23, 2003

————————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Melvin Lee Jones, Appellant Pro Se.  Pamela Anne Sargent, Assistant Attorney General, Christopher Garrett Hill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melvin Lee Jones appeals the district court's judgment entered in favor of the defendants after a jury trial. We have reviewed the record and find no reversible error. We find the district court did not discard or ignore the prior order denying summary judgment. We further find the court did not abuse its discretion denying the motion for appointment of counsel. Accordingly, we affirm the court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED